## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

**HOLLY MICHELLE LANDRY,**

      Petitioner,

v.                                         Civil Action No. **3:13CV367**

**PHYLLIS A. BASKERVILLE,**

      Respondent.

## MEMORANDUM ORDER

On May 30, 2013, the United States Court of Appeals for the Fourth Circuit granted Holly Michelle Landry ("Petitioner") permission to file a successive 28 U.S.C. § 2254 petition. *In re Landry*, No. 13-247, at 1 (4th Cir. May 30, 2013). On June 6, 2013, Petitioner, by counsel, submitted a petition under 28 U.S.C. § 2254 in this Court. Petitioner has paid the full filing fee. Upon consideration of Petitioner's payment of the full filing fee and the petition for a writ of habeas corpus, it is ORDERED that:

1.      The petition is FILED;

2.      Respondent shall file a responsive pleading within thirty (30) days of the receipt of this Memorandum Order; and,

3.      Respondent will treat this Memorandum Order as a request that the records of the state criminal trial and habeas corpus proceeding, if deemed pertinent and available, be forwarded to the Clerk's Office in Richmond, Virginia. Such records shall be returned to the proper repository upon conclusion of the federal proceedings.

The Clerk of the Court is DIRECTED to serve Respondent. Service shall be made by mailing a copy of this Memorandum Order, with the petition (ECF Nos. 1, 2) attached, to the

Attorney General for the Commonwealth of Virginia. A copy of this Memorandum Order shall also be sent to counsel for Petitioner.

And it is so ORDERED.

Date: 6/26/13
Richmond, Virginia

/s/ M\$\$\$

M. Hannah Lauck
United States Magistrate Judge