IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

**HOLLY MICHELLE LANDRY,**

    **Petitioner,**

v.                          CIVIL ACTION NO. 3:13CV367

**PHYLLIS A. BASKERVILLE,**

    **Respondent.**

## MOTION TO DISMISS AND RULE 5 ANSWER

The Respondent, by counsel, moves the Court to dismiss Holly Michelle Landry's petition for a writ of habeas corpus pursuant to Rules 12 and 56(b) of *The Federal Rules of Civil Procedure* and pursuant to Rule 5, *Rules Governing § 2254 Cases* for the reasons stated more fully in the Memorandum of Law accompanying herewith.

**WHEREFORE**, the Respondent prays that the petition for a writ of habeas corpus be denied and dismissed.

                                   Respectfully submitted,

                                   **PHYLLIS A. BASKERVILLE**
                                   Respondent herein.

                                   By:_____/s/_____

Eugene Murphy
Senior Assistant Attorney General
Virginia Bar No. 18380
Attorney for Respondent
Office of the Attorney General
900 East Main Street
Richmond, Virginia 23219
Telephone: (804) 786-2071
Fax: (804) 371-0151
emurphy@oag.state.va.us

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 29, 2013, I electronically filed a true copy of the foregoing Motion with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Richard F. Shordt, Esquire
Virginia State Bar #80928
Attorney for Holly Michelle Landry
Wilmer, Cutler, Pickering, Hale & Dorr, LLp
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000 (voice)
(202) 663-6363 (fax)
Email: richard.shordt@wilmerhale.com

By:_____/s/_____

Eugene Murphy
Senior Assistant Attorney General
Virginia Bar No. 18380
Attorney for Respondent
Office of the Attorney General
900 East Main Street
Richmond, Virginia 23219
Telephone: (804) 786-2071
Fax: (804) 371-0151
Email: emurphy@oag.state.va.us