UNITED STATES DISTRICT COURT
Eastern District of Virginia

AUG 0 5 2013

CRIMINAL LITIGATION SECTION
OFFICE OF THE ATTORNEY GENERAL

**HOLLY MICHELLE LANDRY**
Plaintiff(s) / Petitioner(s),

v.

CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE

**PHYLLIS A. BASKERVILLE**
Defendant(s) / Respondent(s).

Case Number: **3:13CV367**

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636 (c) and Fed.R.Civ.P. 73, the parties in this case hereby voluntarily waive their right to proceed before a United States district judge and consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment.

Signatures | Date

_____
Plaintiff(s) / Petitioner(s) / Counsel

*[signature]*                                      8/5/13

_____
Defendant(s) / Respondent(s) / Counsel

**The undersigned party hereby declines to consent to jurisdiction in this civil action.**

_____
Plaintiff(s) / Defendant(s) / Counsel

### APPEAL

Any appeal shall be taken to the United States Court of Appeals, in accordance with 28 U.S.C. §636 (c), as amended.

### NOTICE OF OPPORTUNITY TO CONSENT TO THE EXERCISE OF CIVIL JURISDICTION BY A MAGISTRATE JUDGE

In accordance with the provision of 28 U.S.C. § 636 (c) and Fed.R.Civ.P. 73, you are notified that the United States magistrate judges of this court, upon the consent of the parties in a civil case, may conduct any or all proceedings in the case, including a jury or non-jury trial, and order the entry of a final judgement.

Your decision to consent, or not to consent, to the referral of your case to a United States magistrate judge for disposition is voluntary. You are free to withhold consent without adverse substantive consequences. No district judge or magistrate judge will be informed of a party's response to this notification unless all parties have consented to the referral of the case to a magistrate judge.

In accordance with 28 U.S.C.§ 636 (c), as amended, the appeal from a judgment entered upon direction of a magistrate judge will lie to the court of appeals.