IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

HOLLY MICHELLE LANDRY,

    Petitioner,

v.                                           Civil Action No. **3:13CV367**

PHYLLIS A. BASKERVILLE,

    Respondent.

## MEMORANDUM ORDER

On July 29, 2013, Petitioner Holly Michelle Landry filed her Unopposed Motion for Extension of Time to File an Opposition to Respondent's Motion to Dismiss ("Motion"), seeking until August 26, 2013 to file her response to Respondent's Motion to Dismiss. (ECF No. 8.) For good cause shown, *see* Fed. R. Civ. P. 6(b)(1)(A), Petitioner's Motion (ECF No. 8) is GRANTED. Petitioner SHALL FILE her response no later than August 26, 2013.

The Clerk is directed to send a copy of the Memorandum Order to all counsel of record.

It is so ORDERED.

                                                          /s/
                                                   M. Hannah Lauck
                                             United States Magistrate Judge

Date: 8/9/2013
Richmond, Virginia